THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEROME INGLE and JUDITH INGLE**                                                      **PLAINTIFFS**

v.                              Case No. 4:19-cv-00447-KGB

**WILLIAM E. SMITH TRUCKING, INC., and**
**CURTIS SAMUEL LEE**                                                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion for dismissal of case with prejudice (Dkt. No. 21). In the instant motion, the parties represent that "all matters and things that were heretofore in controversy have now been compromised and settled" and request that "this cause of action . . . be dismissed with prejudice with each party to bear their own costs." (*Id.*, at 1). For good cause shown, the Court grants the motion. The action is dismissed with prejudice.

It is so ordered this 29th day of April, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge